UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIRIUS XM RADIO INC.,<br><br>                      Plaintiff,<br><br>vs.<br><br>SOUNDEXCHANGE, INC. and AMERICAN ASSOCIATION OF INDEPENDENT MUSIC,<br><br>                      Defendants. | Civil Action No. 12-CV-2259 (TPG) (FM)<br><br>**NOTICE OF MOTION OF DEFENDANT AMERICAN ASSOCIATION OF INDEPENDENT MUSIC TO DISMISS THE COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated May 7, 2012 in support of this Motion (which incorporates by reference the Memorandum of Law In Support Of Defendant SoundExchange, Inc.'s Motion to Dismiss All Counts of the Complaint dated May 7, 2012 in its entirety) and the pleadings herein, Defendant American Association of Independent Music will move this Court, before the Honorable Thomas P. Griesa, United States District Judge for the Southern District of New York, for an order pursuant to Fed R. Civ. P. 12(b)(6) dismissing the Complaint of Plaintiff Sirius XM Radio Inc. for failure to state a claim upon which relief can be granted, and such other relief as the Court deems just and proper.

4616570.1

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) of the Southern District of New York, papers in opposition to this Motion are to be served within fourteen days of service of this Motion, and any reply papers are to be served within seven days after service of the answering papers.

DATED: May 7, 2012
       New York, New York

                            MITCHELL SILBERBERG & KNUPP LLP

By:     /s/ Kevin. E. Gaut
       Kevin E. Gaut (*Pro Hac Vice*)
       11377 W. Olympic Boulevard
       Los Angeles, California 90064
       (310) 312-3179 (Tel.)
       (310) 312-3100 (Fax.)

       Paul V. LiCalsi
       12 East 49th Street - 30th Floor
       New York, NY 10017
       (212) 509-3900 (Tel.)
       (212) 509-7239 (Fax.)

       *Attorneys for Defendant American Association of Independent Music*