# Weil, Gotshal & Manges LLP

VIA ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Steven A. Reiss**
+1 (212) 310-8174
steven.reiss@weil.com

March 13, 2015

The Honorable Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Sirius XM Radio Inc. v. SoundExchange, Inc., et al.*, No. 12-cv-02259 (TPG) (S.D.N.Y.)

Dear Judge Griesa:

We represent Sirius XM Radio Inc. ("Sirius XM") in the above referenced matter. Enclosed is a stipulation of agreed settlement and dismissal between Sirius XM and SoundExchange, Inc. If the Court accepts and so-orders and enters the enclosed stipulation, this matter will be concluded.

Respectfully Submitted,

Steven A. Reiss

cc: Richard L. Stone (by email)
    Michael B. DeSanctis (by email)